587

*ford* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent. 

No. 121. KEITHLEY *v.* GROSS ET AL. October 14, 1935. Petition for writ of certiorari to the Appellate Department of the Superior Court in and for the County of Los Angeles, California, denied. *Mr. Edward E. Gann* for petitioner. No appearance for respondents.

No. 122. J. J. & M. TAXMAN REFINING Co., INC. *v.* WICHITA FALLS. October 14, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 2d Supreme Judicial District, of Texas, denied. *Mr. Harry C. Weeks* for petitioner. *Messrs. James T. Montgomery* and *Thomas R. Boone* for respondent. 

No. 123. FEIFFER *v.* MANN ET AL. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Robert E. Lynch* for petitioner. *Messrs. Walter C. Clephane, J. Wilmer Latimer,* and *Gilbert L. Hall* for respondents. 

No. 126. MOUNT VERNON TRUST Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. Morse Hubbard* and *Barham R. Gary* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. David*

588

*E. Hudson* and *Sewall Key,* and *Miss Helen R. Carloss* for respondent.

No. 129. DICK *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. Scott Thompson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 130. PENNSYLVANIA INDEMNITY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Henry S. Drinker, Jr.,* and *Frederick E. S. Morrison* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* for respondent.

No. 131. NEW YORK EX REL. FEDERAL MOTOR TRUCK Co., INC. *v.* LYNCH ET AL. October 14, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Howard A. Sperry* for petitioner. *Messrs. Henry Epstein* and *Wendell P. Brown* for respondents.

No. 132. E. R. FAIN *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 133. MRS. E. R. FAIN *v.* SAME;
No. 134. CHAS. P. MCGAHA *v.* SAME;
No. 135. MRS. CHAS. P. MCGAHA *v.* SAME; and